IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VILLI P.,                      )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:25cv602-MHT
                               )         (WO)
FRANK BISIGNANO,               )
Commissioner of Social         )
Security Administration,       )
                               )
    Defendant.                 )
```

OPINION

Plaintiff filed this lawsuit as an appeal from the denial of a request for disability insurance benefits, pursuant to 42 U.S.C. § 405. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that the case be dismissed for failure to obey court orders and failure to prosecute. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 12th day of February, 2026.

                          /s/ Myron H. Thompson
                          **UNITED STATES DISTRICT JUDGE**