IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
VILLI P.,                      )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )      2:25cv602-MHT
                               )          (WO)
FRANK BISIGNANO,               )
Commissioner of Social         )
Security Administration,       )
                               )
    Defendant.                 )
```

## JUDGMENT

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (Doc. 14) is adopted.

(2) This lawsuit is dismissed without prejudice for failure to follow court orders and failure to prosecute.

No costs are taxed.

The clerk of the court is DIRECTED to enter this

document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 12th day of February, 2026.

                     /s/ Myron H. Thompson
                    UNITED STATES DISTRICT JUDGE